

Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ 07102

Russell J. McEwan
973.848.4742 direct
973.848.4700 main
973.741.2303 fax
rmcewan@littler.com

October 4, 2010

**VIA ECF**

William T. Walsh, Clerk of Court
United States District Court, District of New Jersey
Martin Luther King Building & US Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

    Re:    **New Jersey Building Laborers Statewide Benefit Funds and Trustees Thereof v. Capital Demolition and Construction**
            **Civil Action No.: 10-cv-04831 (SRC)**

Dear Mr. Walsh:

    Our firm represents Respondent Capital Demolition and Construction ("Respondent") in the above-referenced matter. Pursuant to Local Rule 7.1(d)(5), we write to obtain the automatic clerk's extension of time for Respondent to submit its opposition to Petitioner's Motion to Confirm Arbitration Award. The current return date for the motion is October 18, 2010 and Respondent's opposition is currently due on October 4, 2010. The new motion return date is November 1, 2010. Respondent's opposition is now due on October 18, 2010.

    We thank the Court for its attention to this matter.

                                        Respectfully submitted,

                                        Russell J. McEwan

cc:    Michael G. McNally, Esq. (via ECF)

Firmwide:97800541.1 065017.1000

SO ORDERED:
STANLEY R. CHESLER, U.S.D.J.

littler.com